# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| TYRUS MONTRELL THOMPSON,  )<br>  )<br>Petitioner,  )<br>  )<br>v.  )<br>  )<br>WARDEN CHRISTOPHER GORDY,  )<br>et al.,  )<br>  )<br>Respondents.  ) | Case No. 3:15-cv-01329-KOB-JEO |

## MEMORANDUM OPINION

The magistrate judge filed his report and recommendation on April 25, 2018, recommending that the court deny Petitioner's 28 U.S.C. § 2254 petition for *habeas corpus* relief. (Doc. 14). No party has filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the courts **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Accordingly, the court finds that Petitioner's claims for *habeas corpus* relief pursuant to 28 U.S.C. § 2254 are due to be **DENIED**.

The court also finds that a certificate of appealability is due to be **DENIED**.

The court will enter a separate Final Order.

DONE and ORDERED this 7th day of August, 2018.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE